No. 72–221. SHERDON v. CARMONA ET AL. Ct. App. Cal., 4th App. Dist. Motion to dispense with printing petition granted. Certiorari denied.

NOVEMBER 3, 1972

No. A–467. LAIRD, SECRETARY OF DEFENSE, ET AL. v. SPOCK ET AL. C. A. 3d Cir. Application for stay of judgment of the United States Court of Appeals for the Third Circuit (No. 72–1934) denied. THE CHIEF JUSTICE, MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST would grant the stay.